**Order entered October 7, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00317-CR

## CHRISTIE ZIMMERMAN SHEARER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 061833**

## ORDER

The Court **REINSTATES** the appeal.

When appellant filed a third motion to extend time, we ordered the trial court to make findings regarding why the appellant's brief had not been filed. We **ADOPT** the October 4, 2016 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by counsel Donnie Jarvis who has not abandoned the appeal; and (3) although no explanation was given for the delay in filing appellant's brief, the brief was received by the Court October 4, 2016. We **ORDER** appellant's brief filed as of the date of this order.

/s/    LANA MYERS
          JUSTICE